UNITED STATES BANKRUPTCY COURT

Northern District of Georgia

| | |
|---|---|
| In Re: Debtor(s) **Bertina Lataye Parker** 4047 Clay Ct SE Conyers, GA 30013<br><br>xxx−xx−9436 | Case No.: **25−63890−lrc** Chapter: **7** Judge: **Lisa Ritchey Craig** |

**DISCHARGE OF DEBTOR(S) WITH ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION, CLOSING ESTATE AND DISCHARGING TRUSTEE**

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Bankruptcy Code, (the Bankruptcy Code).

It further appears that the trustee in the above styled case has filed a report of no distribution and said Trustee has performed all other and further duties required in the administration of said estate; accordingly, it is hereby

**ORDERED** that the said estate is closed; that the Trustee is discharged from and relieved of said trust.

_____
Lisa Ritchey Craig
United States Bankruptcy Judge

Dated:  March 9, 2026

Form 182

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION REGARDING THE BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE**

FORM 182 continued

## EXPLANATION OF BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### **Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. [In a case involving community property: There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

This discharge does not affect any property of the estate as defined by section 541 of the Bankruptcy Code, and the automatic stay of section 362(a) of the Bankruptcy Code continues to apply to any property of the estate unless and until the automatic stay has been terminated by order of the court or expires pursuant to section 362(c) of the Bankruptcy Code. Such property remains subject to administration by the trustee on behalf of the bankruptcy estate.

### **Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### **Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;
b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);
c. Debts that are domestic support obligations;
d. Debts for most student loans;
e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;
f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;
g. Some debts which were not properly listed by the debtor;
h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;
i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.
j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**This Bankruptcy Discharge is an important document that you should retain in the event a copy is needed in the future. If you request a copy from the Clerk's Office at a later date, you will be required to pay a fee.**

United States Bankruptcy Court

Northern District of Georgia

In re:                                                                                                                                                                                           Case No. 25-63890-lrc

Bertina Lataye Parker                                   Chapter 7

        Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-9                              User: admin                              Page 1 of 3

Date Rcvd: Mar 09, 2026                       Form ID: 182                         Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol     Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bertina Lataye Parker, 4047 Clay Ct SE, Conyers, GA 30013-5123 |
| cr | + | Progress Residential Borrower 21, LLC, The Totten Firm, 5579 Chamblee-Dunwoody Rd, Ste B-136, Atlanta, GA 30350 UNITED STATES 30338-4154 |
| 25595403 | + | Advatage Auto Finance, 59 Crescent Blvd, Gloucester City, NJ 08030-1312 |
| 25595410 | + | Fedchex Recovery, LLC, 8 Goodyear Ste 110, Irvine, CA 92618-3762 |
| 25595415 | + | LOQBox Finance, LLC, 225 Dyer Street, 2nd Floor, Providence, RI 02903-3927 |
| 25595420 | + | Onemain/Webbank, PO Box 3316, Evansville, IN 47732-3316 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Mar 10 2026 00:21:00 | Bridgecrest Acceptance Corporation, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 25595402 | | Email/Text: bankruptcy@1ffc.com | Mar 09 2026 20:38:00 | 1st Franklin Financial, PO Box 880, Toccoa, GA 30577-0880 |
| 25595404 | + | Email/PDF: bncnotices@becket-lee.com | Mar 09 2026 20:50:43 | American First Finance, LLC, Becket and Lee LLP, PO Box 3002, Malvern, PA 19355-0702 |
| 25595405 | + | EDI: CAPITALONE.COM | Mar 10 2026 00:21:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 25595406 | + | EDI: CAPITALONE.COM | Mar 10 2026 00:21:00 | Capital One/Walmart, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 25595407 | + | Email/Text: bzern@celticbank.com | Mar 09 2026 20:38:00 | Celtic Bank, 268 South State Street Suite 300, Salt Lake City, UT 84111-5314 |
| 25595408 | + | EDI: JEFFERSONCAP.COM | Mar 10 2026 00:21:00 | Conn Appliances, Inc., 3295 College St Ste 101, Beaumont, TX 77701-4611 |
| 25595409 | | Email/Text: backoffice.us@deferit.com | Mar 09 2026 20:37:00 | Deferit Inc, 11 Park Pl Fl 3, New York, NY 10007 |
| 25595411 | | EDI: GADEPTOFREV | Mar 10 2026 00:21:00 | Georgia Department of Revenue, 1800 Century Blvd Ne Ste 9100, Atlanta, GA 30345-3206 |
| 25595412 | | EDI: IRS.COM | Mar 10 2026 00:21:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 25595413 | + | EDI: JPMORGANCHASE | Mar 10 2026 00:20:00 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 25595414 | + | Email/Text: bankruptcy@kikoff.com | Mar 09 2026 20:37:00 | Kikoff Lending, LLC, PO Box 40070, Reno, NV 89504-4070 |
| 25595416 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 09 2026 20:50:01 | LVNV Funding, LLC, C/O Resurgent Capital Services, L.P, PO Box 1269, Greenville, SC 29602-1269 |
| 25595417 | + | Email/Text: bankruptcy@marinerfinance.com | Mar 09 2026 20:37:00 | Mariner Finance, 8211 Town Center Dr, |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Nottingham, MD 21236-5904 |
| 25595418 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 09 2026 20:38:00 | Midland Credit Management, Inc., 350 Camino De La Reina 7500, San Diego, CA 92108-3007 |
| 25595419 | | EDI: NFCU.COM | Mar 10 2026 00:21:00 | Navy Federal Credit Union, Po Box 3700, Merrifield, VA 22119-3700 |
| 25595421 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Mar 09 2026 20:50:57 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 25595422 | | Email/Text: bankruptcy@self.inc | Mar 09 2026 20:37:00 | Self Financial, Inc, 515 Congress Ave Suite 2200, Austin, TX 78701 |
| 25595423 | | Email/Text: bankruptcy@springoakscapital.com | Mar 09 2026 20:36:00 | Spring Oaks Capital LLC, PO Box 1216, Chesapeake, VA 23327 |
| 25596070 | | Email/Text: USAGAN.Bankruptcy@usdoj.gov | Mar 09 2026 20:37:00 | United States Attorney, Northern District of Georgia, 75 Ted Turner Drive SW, Suite 600, Atlanta GA 30303-3309 |
| 25595424 | + | Email/Text: UpStart@ebn.phinsolutions.com | Mar 09 2026 20:37:00 | Upstart/Finwise, PO Box 1503, San Carlos, CA 94070-7503 |
| 25595425 | + | Email/Text: bk@avant.com | Mar 09 2026 20:38:00 | Webbank/Avant, 222 W Merchandise Mart Plaza Ste 900, Chicago, IL 60654-1105 |
| 25595426 | + | Email/Text: bk@worldacceptance.com | Mar 09 2026 20:38:00 | World Acceptance Corporation, 104 S. Main Suite 400, Greenville, SC 29601-2711 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2026              Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2026 at the address(es) listed below:**

**Name**  **Email Address**

Cathy L. Scarver
     trusteescarver@bellsouth.net  ga06@ecfcbis.com;papc1@bellsouth.net;mark@markalavicpa.com

Matthew Franklin Totten
     on behalf of Creditor Progress Residential Borrower 21 LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email

Office of the United States Trustee
     ustpregion21.at.ecf@usdoj.gov

Zainab Wurie Harvey
     on behalf of Debtor Bertina Lataye Parker notices@harveywurie.com  HarveyWurieLLC@jubileebk.net

District/off: 113E-9        User: admin        Page 3 of 3

Date Rcvd: Mar 09, 2026        Form ID: 182        Total Noticed: 29

TOTAL: 4